DUMesa.IND

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR -2 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DANIEL UNTALAN MESA, <br><br> Defendant. | Criminal Case No. 05-00020 <br><br> **INDICTMENT** <br><br> **DRUG USER IN POSSESSION OF FIREARMS AND AMMUNITION (COUNT 1)** <br> [18 U.S.C. §§ 922(g)(3) & 924(a)(2)] <br><br> **DRUG USER IN POSSESSION OF AN EXPLOSIVE DEVICE (COUNT 2)** <br> [18 U.S.C. §§ 842(i)(3) and 844(a)] |

THE GRAND JURY CHARGES:

### COUNT ONE

Possession of Firearms and Ammunition by a Drug User

18 U.S.C. § 922(g)(3)

On or about the 10th day of December 2003, in the District of Guam, the defendant, DANIEL UNTALAN MESA, then being an unlawful user of a controlled substance as defined in

-1-

Title 21, United States Code, Section 802, to wit: crystal methamphetamine, also known as "ice", a Scheduled II Controlled Substance, did knowingly possess in and affecting commerce certain firearms and ammunition, further described as:

(1) a .45 caliber Smith & Wesson Model 4506 pistol, serial number TCW2793;
(2) a Feather Industries Model AT-9 9mm pistol, serial number A91279;
(3) a Mossberg Model 500A 12-guage shotgun, serial number L137874;
(4) a .308 caliber Savage Model 99C Series A rifle, serial number D895004;
(5) Winchester-Western .12 gauge ammunition;
(6) East German 7.62x39 caliber ammunition;
(7) Russian 7.62x39 caliber ammunition;
(8) Federal .38 caliber ammunition;
(9) Federal 9mm caliber ammunition;
(10) Aguila 9mm caliber ammunition;
(11) Winshester-Western 9mm caliber ammunition;
(12) Smith & Wesson .380 caliber ammunition;
(13) Federal .22 caliber ammunition;
(14) Aguila .22 caliber ammunition;
(15) CCI .22 caliber ammunition;
(16) Winchester-Western .22 caliber ammunition;
(17) Winchester-Western .45 caliber ammunition;
(18) Federal .45 caliber ammunition;
(19) Weatherby .460 caliber ammunition;
(20) Winchester-Western .303 caliber ammunition;
(21) Winchester Repeating Arms Co. .308 caliber ammunition;
(22) Remington .300 caliber ammunition,

all of which had been shipped and transported in interstate and foreign commerce, in violation of

Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT TWO

Possession of an Explosive Device by a Drug User

18 U.S.C. §§ 842(i)(3) and 844(a)

On or about the 10th day of December 2003, in the District of Guam, the defendant, DANIEL UNTALAN MESA, then being an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, to wit: crystal methamphetamine, also known as "ice", a Scheduled II Controlled Substance, did knowingly possess in and affecting commerce an explosive device, to wit: one California Seal Control Explosive bearing the orange seal of the California State Fire Marshal, which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 842(i)(3) and 844(a).

DATED this _____ day of March, 2005.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

_____
JOSEPH F. WILSON
Criminal Chief

-3-