AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

**FILED**
DISTRICT COURT OF GUAM
U.S. MARSHALS - GUAM
RECEIVED
MAR 8 2005
-2 MAR 2005 14 08
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

V.

DANIEL UNTALAN MESA

**WARRANT FOR ARREST**

Case Number: CR-05-00020

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DANIEL UNTALAN MESA _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

18:922(g)(3) & 924(a)(2) - DRUG USER IN POSSESSION OF FIREARMS AND AMMUNITION (COUNT 1)

18:842(i)(3) & 844(a) - DRUG USER IN POSSESSION OF AN EXPLOSIVE DEVICE

in violation of Title _____ United States Code, Section(s) _____

| MARILYN B. ALCON | /s/ Marilyn B. Alcon |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 3/2/2005 — Hagatna, Guam |
| Title of Issuing Officer | Date — Location |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Superior Court of Guam

| DATE RECEIVED 3/2/05 | NAME AND TITLE OF ARRESTING OFFICER Special Agent ATF R.E. Dunlap | SIGNATURE OF ARRESTING OFFICER /s/ |
|---|---|---|
| DATE OF ARREST 3/8/05 | | |