```
                                              FILED
                                        DISTRICT COURT OF GUAM
                                             MAR - 9 2005
                                           MARY L.M. MORAN
                                           CLERK OF COURT
```



DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00020 |
|---|---|
| Plaintiff, | |
| vs. | O R D E R |
| DANIEL UNTALAN MESA, | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

Dated this 9th day of March, 2005.

_____
JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge
DISTRICT COURT OF GUAM