
# IN THE UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF GUAM

UNITED STATES OF AMERICA )
      Plaintiff, )
)
vs. )
)
DANIEL UNTALAN MESA, )
      Defendant. )
_____ )

Docket No.: CR 05-00020-001

**INFORMATIONAL REPORT** ⑦

---

**Re:    Notification of Urinalysis Violation;  No Action Requested**

On March 9, 2005, Daniel Untalan Mesa appeared before the Honorable Joaquin V.E. Manibusan Jr. for an Initial Appearance and Arraignment hearing relative to an Indictment charging him with <u>Count I</u>: Drug User in Possession of Firearms and Ammunition, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2) and <u>Count II</u>: Drug User in Possession of An Explosive Device, in violation of 18 U.S.C. §§842(i)(3) and 844(a).   The defendant pled not guilty and the Court set a trial date for May 4, 2005.  The defendant was subsequently released on a personal recognizance bond with conditions that he:  report to the U.S. Probation Office as instructed; maintain or actively seek employment; maintain or commence an educational program; submit his passport to Clerk of Court and not obtain any passport; remain at a fixed address and not change residence without approval of the U.S. Probation Office; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from any use of alcohol;  refrain from unlawful possession of a narcotic drug or other controlled substances, unless prescribed by a physician; submit to drug testing by the pretrial services officer for determining if the defendant is under a prohibited substance; report contact with any law enforcement; not leave Guam without the permission of the Court; and  abide by the conditions of release in the Superior Court of Guam.

On March 18, 2005, Mr. Mesa reported for a pretrial supervision orientation and tested positive for the use of methamphetamine.  He admitted to the drug use and executed an admission for using "ice" on March 14, 2005.  He apologized for his violation and assured it would not happen again.  Mr. Mesa informed the probation officer that he is presently addressing his drug addiction through Superior Court of Guam Criminal Case No. CF266-03, Driving Under the Influence of a Schedule II Controlled Substance (As a Misdemeanor).  The Judgment in this case includes a condition that Mr. Mesa attend and successfully complete any drug and/or alcohol counseling program recommended by the Court after assessment at the Department of Mental Health and Substance Abuse (DMHSA) at no cost to the defendant. The defendant reported that he attended an Intake Assessment appointment at the DMHSA on March 17, 2005.

INFORMATIONAL REPORT
Notification of Urinalysis Violation; No Action Requested
Re: MESA, Daniel Untalan
USDC Cr. Cs. No. 05-00020-001
March 23, 2005
Page 2


Except as outlined above, Mr. Mesa has complied with all other conditions of pretrial supervision. This report is submitted for the Court's information in order to allow Mr. Mesa to benefit from the substance abuse program at the Department of Mental Health and Substance Abuse. His progress under this program will be closely monitored and any violations will be reported to the Court accordingly.

RESPECTFULLY submitted this _23nd_ day of March 2005


                                        FRANK MICHAEL CRUZ
                                        Chief U.S. Probation Officer


                            By:         ROBERT I. CARREON
                                        U.S. Probation Officer


Reviewed by:


ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader


cc:     Joseph F. Wilson, AUSA
        John T. Gorman, FPD
        File