JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Fax: (671) 472-7120

Attorney for Defendant
DANIEL UNTALAN MESA

**FILED**
DISTRICT COURT OF GUAM

APR 1 1 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-00020 |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING TRIAL DATE AND |
| vs. ) | EXCLUDING TIME |
| ) | |
| DANIEL UNTALAN MESA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Defendant's Trial presently scheduled for May 4, 2005, at 9:30 a.m., be continued for approximately one month, or a date convenient for the Court's calendar. The parties request this continuance as defense counsel requires additional time for further research, investigation and client consultation. Defense counsel requires additional time due to unforeseen and unpredicted staff shortages in the Office of the Federal Public Defender. Our two attorney office has been severely

affected by the absence of the other trial attorney who, as a member of the National Guard, was suddenly called to active duty in the Middle East in March, 2005. Our one investigator also resigned in February, 2005, and the new investigator will not be starting until April 18, 2005. These temporary and unexpected personnel problems have hampered our trial preparation efforts. Defense counsel will also be off-island from April 18, 2005 to May 2, 2005. Also, counsel for the Government will be off-island from April 18, 2005 to May 6, 2005.

For all of the above reasons, both parties also request new filing and hearing dates for pretrial motions.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the time period beginning and including May 4, 2005, to and including  June 13  , 2005, be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161.

Therefore, for the reasons set forth in this stipulation, the parties respectfully submit that this continuance is in Mr. Mesa's best interests, furthers judicial economy and efficiency and is

//
//
//
//
//
//
//
//
//

in society's best interests. Mr. Mesa has been consulted and concurs with the proposed continuance. Thus, the ends of justice are best served by this proposed continuance.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, April 7, 2005.

JOHN T. GORMAN
Attorney for Defendant
DANIEL UNTALAN MESA

RUSSELL C. STODDARD
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED that the Defendant's Trial presently scheduled for May 4, 2005 at 9:30 a.m., be continued to June 13, 2005, at 9:00 a.m. Pretrial motions will now be due on May 13, 2005, and heard on June 1, 2005, at 10:00 a.m.

DATED: Hagatna, Guam, 4/8/05.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam



RECEIVED
APR - 7 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM