PS 8
(8/88)

# United States District Court

for

THE DISTRICT OF GUAM



DISTRICT COURT OF GUAM

MAY 12 2005

MARY L.M. MORAN
CLERK OF COURT

U.S.A. vs: __DANIEL UNTALAN MESA__   Docket No. __CR-05-00020-001__

### Petition for Action on Conditions of Pretrial Release

COMES NOW __ROBERT I. CARREON__, Pretrial Services Officer, presenting an official report upon the conduct of __Daniel Untalan Mesa__ who was placed under pretrial release supervision by the Honorable __Joaquin V.E. Manibusan, Jr.__, sitting in the court at __Hagatna, Guam__ on __9th__ date of __March__, 20 __05__ under the following conditions:

Report to the U.S. Probation Office as instructed; maintain or actively seek employment; maintain or commence an educational program; submit his passport to Clerk of Court and not obtain any passport; remain at a fixed address and not change residence without approval of the U.S. Probation Office; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from any use of alcohol; refrain from unlawful possession of a narcotic drug or other controlled substances, unless prescribed by a physician; submit to drug testing by the pretrial services officer for determining if the defendant is under a prohibited substance; report contact with any law enforcement; not leave Guam without the permission of the Court; and abide by the conditions of release in the Superior Court of Guam.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach)

**(See attached Declaration by U.S. Probation Officer Robert I. Carreon)**

PRAYING THAT THE COURT WILL

Pursuant to 18 U.S.C. §3148(b), order that a summons be issued, and that this matter be set for a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be modified, or for any other matter for which the Court may deem just and proper.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered __12th__ day of __May__, __2005__ and ordered and made a part of the records in the case. | Robert I. Carreon<br>U.S. Pretrial Services Officer |
| __U.S. District Judge/Magistrate__ | Place: __Hagåtña, Guam__<br>Date: __May 9, 2005__ |

RECEIVED
MAY 12 2005
DISTRICT COURT OF GUAM

Case 1:05-cr-00020   Document 9   Filed 05/12/2005   Page 1 of 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | ) ) ) | Docket No.: CR 05-00020-001 |
| vs. | ) ) ) | DECLARATION IN SUPPORT OF PETITION |
| **DANIEL UNTALAN MESA,** Defendant. | ) ) ) ) | |

Re: **Notice of Defendant's Denial of Confirmed Laboratory Results of Drug Use**

I, Robert I. Carreon, am the U.S. Pretrial Services Officer assigned to supervise the Court-ordered conditions of pretrial release for Daniel Untalan Mesa and in that capacity declare as follows:

On March 9, 2005, Daniel Untalan Mesa appeared before the Honorable Joaquin V.E. Manibusan, Jr. for an Initial Appearance and Arraignment relative to an Indictment charging him with Count I: Drug User in Possession of Firearms and Ammunition, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2) and Count II: Drug User in Possession of An Explosive Device, in violation of 18 U.S.C. §§842(i)(3) and 844(a). The defendant pled not guilty, and the Court set a trial date for May 4, 2005. The defendant was subsequently released on a personal recognizance bond with conditions that he: report to the U.S. Probation Office as directed; maintain or actively seek employment; maintain or commence an educational program; submit his passport to Clerk of Court and not obtain any passport; remain at a fixed address and not change residence without approval of the U.S. Probation Office; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from any use of alcohol; refrain from use or unlawful possession of a narcotic drug or other controlled substances, unless prescribed by a physician; submit to any method of drug testing by the pretrial services officer for determining if the defendant is under a prohibited substance; report contact with any law enforcement personnel; not leave Guam without the permission of the Court; and abide by the conditions of release in the Superior Court of Guam.

On March 18, 2005, Mr. Mesa reported to the U.S. Probation Office for pretrial supervision orientation and urinalysis. He tested positive for the use of methamphetamine, and executed a drug use admission form indicating he used the drug on March 14, 2005. An Informational Violation Report was submitted to the Court outlining this incident and the Court ordered no action in order for Mr. Mesa to pursue drug treatment at the Department of Mental Health and Substance Abuse, as ordered in his Superior Court case.

On March 21, 2005, Mr. Mesa was subjected to urinalysis and again tested positive for methamphetamine. Mr. Mesa denied any new drug use and asserted that his last use of methamphetamine was on March 14, 2005, which was reported earlier. The test sample was subsequently sent for further laboratory analysis. On April 5, 2005, results returned confirming the defendant's use of methamphetamine. According to Dr. Lou Janbour, Quest Laboratories Staff Toxicologist, the levels of methamphetamine present in Mr. Mesa's urine sample were consistent with drug use within three to four days from date of the drug test. This information refutes Mr. Mesa's claim of drug use seven days prior to the test (March 14, 2005). As such, the pretrial services

DECLARATION IN SUPPORT OF PETITION
Re: Daniel Untalan Mesa
Docket No.: CR 05-00020-001
Page 2

office concludes that Mr. Mesa used methamphetamine a second time (after March 14, 2005) resulting in the positive drug test identified on March 21, 2005. Moreover, Mr. Mesa is being untruthful to the Court in his assertion of drug use only on March 14, 2005.

In addition to the violation noted above, Mr. Mesa failed to report for urinalysis on April 1, 2005. He offered no valid reason for missing the appointment, and acknowledged the importance of making all court-ordered appointments.

Except as noted above, the defendant has complied with his pretrial release conditions. He submitted his monthly supervision report for March 2005, and maintained his weekly office appointments with probation. As of May 3, 2005, the defendant has attended and tested negative on eight other urinalyses.

Given this information, the pretrial services officer respectfully requests that the Court order a summons be issued, pursuant to 18 U.S.C. §3148(b), and make a ruling of the defendant's alleged continued use of methamphetamine and his truthfulness on the matter. In addition, the pretrial services office requests that the Court modify release conditions to include participation in the U.S. Probation Office drug treatment program.

Executed this 9th day of May 2005, at Hagatna, Guam, in conformance with provisions of Title 28 U.S.C. § 1746.

I declare under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

RESPECTFULLY submitted this 9th day of May 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Russell C. Stoddard, AUSA
John T. Gorman, Federal Public Defender
File