# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

**FILED**
DISTRICT COURT OF GUAM
MAY 18 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.

**DANIEL UNTALAN MESA**

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR-05-00020

⑩

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | Date and Time |
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Thursday, May 19, 2005 at 10:15 a.m. |

To answer a(n)
☐ Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  **X** Violation Notice

Charging you with a violation of Title \_\_\_\_18\_\_\_\_ United States Code, Section(s) \_\_\_\_3148(b)\_\_\_\_

Brief description of offense:

**ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED**
(See attached Petition and Violation Report)

*ORIGINAL*

MARILYN B. ALCON, Deputy Clerk
Name and Title of Issuing Officer

*/s/ Marilyn B. Alcon*
Signature of Issuing Officer

May 13, 2005
Date

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1]            Date |
| Check one box below to indicate appropriate method of service |

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☒ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on    5-18-05             J.C.G. SALAS
           Date                                           Name of United States Marshal

                                                                SIDUSH FRANKLIN J. TRIMANUS
                                                                (by) Deputy United States Marshal

Remarks: THREE ATTEMPS WERE MADE TO SERVE AT DEFENDANTS RESIDENCE

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.