DISTRICT COURT OF GUAM
TERRITORY OF GUAM

**FILED**
DISTRICT COURT OF GUAM
MAY 1 9 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00020**   **DATE: 5/19/2005**   **TIME: 10:09 a.m.**

***

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**   Law Clerk: J. HATTORI
Court Recorder: Jamie Phelps   Courtroom Deputy: Leilani Toves Hernandez
Electronically Recorded - RUN TIME: 10:09:42 - 10:11:46   CSO: J. Lizama & D. Quinata

***********************APPEARANCES***************************

**DEFT:** DANIEL UNTALAN MESA   **ATTY:** KIM SAVO
(X) PRESENT ( ) CUSTODY ( ) BOND (X) P.R.   (X) PRESENT ( ) RETAINED (X) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** RUSS STODDARD   **AGENT:**

**U.S. PROBATION:** ROBERT CARREON   **U.S. MARSHAL:** F. TAITAGUE

***

**PROCEEDINGS: INITIAL APPEARANCE / ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED**

( ) ALLEGATIONS STATED BY THE COURT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS:_____

( ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF PROBATION
( ) REVOCATION OF PROBATION IS GRANTED. (SEE REVERSE)

(X) PRETRIAL RELEASE CONDITIONS MODIFIED

( ) PROCEEDINGS CONTINUED TO: _____ at _____

( ) DEFENDANT SHALL BE ALLOWED TO SELF-SURRENDER TO THE U.S. MARSHAL SERVICE PENDING DESIGNATION FROM THE U.S. BUREAU OF PRISONS.
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

(X) **NOTES:**

<u>The Probation Officer recommended that the defendant's release conditions be modified to include that he participate in a drug treatment program. Defense had no objections. The Court Granted the modification of the defendant's release conditions.</u>

Courtroom Deputy: _____

Case 1:05-cr-00020   Document 11   Filed 05/19/2005   Page 1 of 1