JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
DANIEL UNTALAN MESA

RECEIVED
U.S. Probation Office

JUN 0 6 2005

Districts of Guam
and NMI

FILED
DISTRICT COURT OF GUAM

JUN - 6 2005

MARY L.M. MORAN
CLERK OF COURT



IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 05-00020 |
|---|---|
| Plaintiff, | ) MOTION TO SCHEDULE CHANGE OF<br>) PLEA HEARING AND VACATE TRIAL |
| vs. | ) DATE; CERTIFICATE OF SERVICE |
| DANIEL UNTALAN MESA, | ) |
| Defendant. | ) |

COMES NOW the defendant, DANIEL UNTALAN MESA, through counsel, John T. Gorman, Federal Public Defender, and moves this Honorable Court to schedule a time for defendant's change of plea from not guilty to guilty and to vacate the trial date currently scheduled for June 13, 2005. There is no written plea agreement in this case. Defendant requests a date after June 8, 2005, as defense counsel will off-island for business from May 30 - June 8, 2005.

DATED: Mongmong, Guam, June 6, 2005.

JOHN T. GORMAN
Attorney for Defendant
DANIEL UNTALAN MESA

ORIGINAL

U.S. ATTORNEY'S OFFICE
DISTRICTS OF GUAM & NMI
JUN 06 2005
RECEIVED

## CERTIFICATE OF SERVICE

I, ALEXANDER A. MODABER, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on June 6, 2005:

RUSSELL C. STODDARD
First Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

ROBERT I. CARREON
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, June 6, 2005.

_____
ALEXANDER A. MODABER
Investigator

JOHN T. GORMAN
Attorney for Defendant
DANIEL UNTALAN MESA