
FILED
DISTRICT COURT OF GUAM

JUN - 7 2005 *9p*

MARY L.M. MORAN
CLERK OF COURT

(13)

JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

Attorney for Defendant
DANIEL UNTALAN MESA

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00020 |
| Plaintiff, | ) ) ) | ORDER |
| vs. | ) ) | |
| DANIEL UNTALAN MESA, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY ORDERED that the Change of Plea Hearing in the above-captioned case is scheduled ___June 9___, 2005, at _9:30_ _a_. m.

DATED: Hagatna, Guam, __JUN -6 2005__

RICARDO S. MARTINEZ
Designated Judge
District of Guam

RECEIVED
JUN - 6 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM