IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

**FILED**
DISTRICT COURT OF GUAM
JUN -9 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00020**           **DATE: 06/09/2005**           TIME: 9:42 a.m.

(14)

HON. RICARDO S. MARTINEZ, Designated Judge, Presiding         Law Clerk: None Present
Court Reporter: Wanda M. Miles                                 Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 9:42:42 - 10:03:50            CSO: B. Pereda / J. Lizama

* * * * * * * * * * * * * * * * * * * * * * A P P E A R A N C E S * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT:** __DANIEL UNTALAN MESA__           **ATTY:** __JOHN GORMAN__
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.       ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY:** MARIVIC DAVID              **AGENT:** JOHN QUINTANILLA, ATF

**U.S. PROBATION:** ROBERT CARREON            **U.S. MARSHAL:** F. TAITAGUE

**PROCEEDINGS:   CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: __41__   HIGH SCHOOL COMPLETED: __High School Graduate__
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
    OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT
( X ) PLEA ENTERED:  ( X ) *GUILTY*  ( ) *NOT GUILTY* - TO: __CHARGES CONTAINED IN THE INDICTMENT__
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: __NO WRITTEN PLEA AGREEMENT__  PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: __SEPTEMBER 7, 2005__ at __10:30 A.M.__  ( ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE: __AUGUST 3, 2005__
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Defendant entered his plea of guilty without a written plea agreement. Government stated that she has received a release status report from Probation stating Defendant's failure to comply with his conditions of release. Defense argued for Defendant's release and requested the Court to set a further hearing to address the alleged violations. The Court Ordered Defendant's release as previously imposed and further Ordered Defendant to submit to a urinalysis test with the U.S. Probation Office. The Court set a hearing on the alleged violations for June 13, 2005 at 9:00 A.M.

Courtroom Deputy: _____