
DISTRICT COURT OF GUAM

JUN 15 2005

MARY L.M. MORAN
CLERK OF COURT



JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
DANIEL UNTALAN MESA

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-00020 |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING VIOLATION OF |
| vs. ) | PRETRIAL RELEASE CONDITIONS |
| ) | HEARING |
| DANIEL UNTALAN MESA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION AND ORDER CONTINUING VIOLATION OF PRETRIAL RELEASE CONDITIONS HEARING

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Violation of Pretrial Release Conditions Hearing scheduled for Monday, June 13, 2005, at 9:00 a.m be continued to Thursday, June 17, 2005, or a date convenient for the Court's calendar.

The parties request this new hearing date as United States Probation has sent to its laboratory a urine testing sample from the defendant and the results are not anticipated until approximately Thursday, June 17, 2005. These lab results are material to the allegations against the

defendant and will aid the Court in its decision making.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, June 13, 2005.

_____
JOHN T. GORMAN
Attorney for Defendant
DANIEL UNTALAN MESA

_____
RUSSELL C. STODDARD
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED that the Violation of Pretrial Release Conditions Hearing currently scheduled for Monday, June 13, 2005, at 9:00 a.m. be continued to _____July 6_____, 2005, at __9:00__ __a__.m.:

DATED: Hagatna, Guam, June 15, 2005

_____
The Honorable RICARDO S. MARTINEZ
United States District Judge
District of Guam

RECEIVED
JUN 13 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM