PS 8
(8/88)

# United States District Court

for

THE DISTRICT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
JUN 2 4 2005
MARY L.M. MORAN
CLERK OF COURT

U.S.A. vs: __DANIEL UNTALAN MESA__   Docket No. __CR 05-00020-001__

### Petition for Action on Conditions of Pretrial Release

COMES NOW __ROBERT I. CARREON__, Pretrial Services Officer, presenting an official report upon the conduct of __Daniel Untalan Mesa__ who was placed under pretrial release supervision by the Honorable __Joaquin V.E. Manibusan, Jr.,__ sitting in the court at __Hagatna, Guam__ on __9th__ date of __March__, 20 __05__ under the following conditions:

Report to the U.S. Probation Office as instructed; maintain or actively seek employment; maintain or commence an educational program; surrender his passport to Clerk of Court and not obtain any passport; remain at a fixed address and not change residence without approval of the U.S. Probation Office; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from any use of alcohol; refrain from unlawful possession of a narcotic drug or other controlled substances, unless prescribed by a physician; submit to drug testing by the pretrial services officer for determining if the defendant is under a prohibited substance; report contact with any law enforcement; not leave Guam without the permission of the Court; and abide by the conditions of release in the Superior Court of Guam. **Conditions modified on May 19, 2005** to include a condition that the defendant participate in drug treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

*(See attached Declaration by U.S. Probation Officer Robert I. Carreon)*

PRAYING THAT THE COURT WILL

Pursuant to 18 U.S.C. §3148(b), order that a Warrant of Arrest be issued and that this matter be set for a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be revoked.

ORDER OF COURT

Considered and ordered __24th__ day of __June__, 20 __05__ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate

Respectfully,
_____
Robert I. Carreon
U.S. Pretrial Services Officer

Place: __Hagåtña, Guam__

Date: __June 21, 2005__

RECEIVED
JUN 2 3 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **DANIEL UNTALAN MESA,** ) <br> Defendant. ) <br> _____ ) | Docket No.: CR 05-00020-001 <br><br> DECLARATION IN SUPPORT OF PETITION |

Re:  Notice of Confirmed Laboratory Results of Drug Use; Request for a Warrant

   I, Robert I. Carreon, am the U.S. Pretrial Services Officer assigned to supervise the Court-ordered conditions of pretrial release for Daniel Untalan Mesa and in that capacity declare as follows:

   On March 9, 2005, Daniel Untalan Mesa appeared before the Honorable Joaquin V.E. Manibusan, Jr. for an Initial Appearance and Arraignment relative to an Indictment charging him with Count I: Drug User in Possession of Firearms and Ammunition, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2) and Count II: Drug User in Possession of an Explosive Device, in violation of 18 U.S.C. §§842(i)(3) and 844(a).  The defendant pled not guilty, and the Court set a trial date for May 4, 2005.  The defendant was subsequently released on a personal recognizance bond with conditions that he:  report to the U.S. Probation Office as directed; maintain or actively seek employment; maintain or commence an educational program; submit his passport to Clerk of Court and not obtain any passport; remain at a fixed address and not change residence without approval of the U.S. Probation Office; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from any use of alcohol; refrain from use or unlawful possession of a narcotic drug or other controlled substances, unless prescribed by a physician; submit to any method of drug testing by the pretrial services officer for determining if the defendant is under a prohibited substance; report contact with any law enforcement personnel; not leave Guam without the permission of the Court; and  abide by the conditions of release in the Superior Court of Guam.

   On March 18, 2005, Mr. Mesa reported to the U.S. Probation Office for pretrial supervision orientation and urinalysis.  He tested positive for the use of methamphetamine, and executed a drug use admission form indicating he used the drug on March 14, 2005.  An Informational Violation Report was submitted to the Court outlining this incident and the Court ordered no action in order for Mr. Mesa to pursue drug treatment at the Department of Mental Health and Substance Abuse, as ordered in his Superior Court case.

   On May 19, 2005, Mr. Mesa appeared for a violation hearing as petitioned by the U.S. Probation Office for a positive drug test for marijuana on March 21, 2005.  Without objections by the parties, the Court modified Mr. Mesa's pretrial release conditions to include an order that he participate in drug treatment.

   On June 9, 2005, Mr. Mesa appeared for a change of plea hearing. The Court accepted his guilty plea and set sentencing for September 7, 2005.  A Release Status Report was submitted to the Court by the U.S. Probation Office which outlined failures to report for urinalysis on May 24, and

DECLARATION IN SUPPORT OF PETITION
Notice of Confirmed Laboratory Results of Drug Use; Request for a Warrant
Re:   MESA, Daniel Untalan
USDC Cr. Cs. No. 05-00020-001
June 21, 2005
Page 2

26, 2005; failure to contact the U.S. Probation Officer; and failure to submit his May 2005 monthly supervision report. The Court ordered a drug test conducted immediately and allowed the defendant released pending a bail hearing scheduled for June 13, 2005. As per stipulation by the parties, the Court continued the bail hearing for July 6, 2005. **The drug test conducted on June 9, 2005 yielded presumptive positive results for the use methamphetamine. The defendant refused to make any statement regarding the drug test results and requested to speak to his attorney. The drug test sample was sent for laboratory confirmation testing. Results received from the laboratory on June 14, 2005 confirmed the use of methamphetamine.** Attempts to contact the defendant via home visit and telephone to address the drug test results as well as to refer him for drug treatment have been unsuccessful.

Except as noted above, the defendant has complied with his pretrial release conditions. He submitted his monthly supervision report for March 2005, and maintained his weekly office appointments with probation. As of May 3, 2005, the defendant has attended and tested negative on eight other urinalyses.

Given the defendant's continued drug use violations and his refusal to report to the U.S. Probation Office or participate in drug treatment, the pretrial services officer respectfully requests that the Court order a Warrant of Arrest be issued, pursuant to 18 U.S.C. §3148(b), and consequently revoke the defendant's pretrial release.

Executed this _21st_ day of June 2005, at Hagatna, Guam, in conformance with provisions of Title 28 U.S.C. § 1746.

I declare under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

RESPECTFULLY submitted this _21st_ day of June 2005.

By: _____

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   Russell C. Stoddard, AUSA
      John T. Gorman, Federal Public Defender
      File