AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

| UNITED STATES OF AMERICA | NOTICE |
|---|---|
| V. | |
| DANIEL UNTALAN MESA | CASE NUMBER: CR-05-00020 |

TYPE OF CASE:

☐ CIVIL   X   CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

**ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED**

**FILED**
DISTRICT COURT OF GUAM
JUN 30 2005
MARY L.M. MORAN
CLERK OF COURT
(17)

X TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| District Court of Guam<br>4th Floor, U.S. Court House<br>520 W. Soledad Avenue<br>Hagatna, Guam 96910 | July 6, 2005 at 9:00 a.m. | Friday, July 8, 2005 at 2:00 p.m. |

MARY L.M. MORAN
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

_Jamie M Phelps_
(BY) DEPUTY CLERK

June 30, 2005
DATE

TO: Russell Stoddard
   Federal Public Defender
   U.S. Probation
   U.S. Marshal