AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

**FILED**
DISTRICT COURT OF GUAM
JUL 01 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

V.

DANIEL UNTALAN MESA

**WARRANT FOR ARREST**

Case Number: CR-05-00020

(18)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DANIEL UNTALAN MESA _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☒ Violation Notice

27 JUN 2005 14 00 U.S. MARSHALS-GUAM RECEIVED

charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED
(See attached Petition and Violation Report)

in violation of Title __18__ United States Code, Section(s) __3148(b)__

| MARILYN B. ALCON | Signature of Issuing Officer |
|---|---|
| Name of Issuing Officer | |
| Deputy Clerk | 6/24/2005    Hagatna, Guam |
| Title of Issuing Officer | Date    Location |

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

HAGATNA, GUAM

| DATE RECEIVED 6-27-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6-30-05 | FRANKLIN J. TAITAGUE | s/DUSM Franklin J. Taitague |