

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES

**FILED**
DISTRICT COURT OF GUAM
JUL -1 2005
MARY L.M. MORAN
CLERK OF COURT

| | | |
|---|---|---|
| CASE NO. CR-05-00020 | DATE: 07/01/2005 | TIME: 2:47 p.m. |

HON. JOAQUIN V. E. MANIBUSAN JR., Magistrate Judge
Law Clerk: Judith Hattori
Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 2:47:38 - 2:56:42
CSO: B. Pereda

*********************APPEARANCES*****************************

**DEFT:** DANIEL UNTALAN MESA
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.

**ATTY:** KIM SAVO
( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON
AGENT:
U.S. PROBATION: ROBERT CARREON
U.S. MARSHAL: FRANK TAITAGUE

**PROCEEDINGS:** - INITIAL APPEARANCE

- ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED

( ) ALLEGATIONS STATED BY THE COURT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( X ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS:

( ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF PRETRIAL RELEASE
( X ) REVOCATION OF PRETRIAL RELEASE IS GRANTED.

( ) RELEASE CONDITIONS CONTINUED
( X ) PROCEEDINGS CONTINUED TO: July 7, 2005 at 10:30 a.m.
( ) DEFENDANT SHALL BE ALLOWED TO SELF-SURRENDER TO THE U.S. MARSHAL SERVICE PENDING DESIGNATION FROM THE U.S. BUREAU OF PRISONS.
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

( X ) NOTES:

Defense denied the allegations and requested for a continuance to next week, at which time her colleague will be on island. Defense also requested for the defendant to be released pending his next hearing.

The Probation Officer stated the reasons for his request for revocation of release conditions.

The Court remanded the defendant to the custody of the U.S. Marshal Service and stated its reasons.