DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**

FILED
DISTRICT COURT OF GUAM
JUL -7 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00020    DATE: 07/07/2005    TIME: 10:43 a.m.

HON. JOAQUIN V. E. MANIBUSAN JR., Magistrate Judge    Law Clerk: NONE PRESENT
Court Reporter: Wanda Miles    Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 10:43:59 - 10:44:57    CSO: F. Tenorio

************************ **APPEARANCES** ****************************

DEFT: **DANIEL UNTALAN MESA**    ATTY: **JOHN GORMAN**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.    ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: RUSSELL STODDARD    AGENT:

U.S. PROBATION: JOHN SAN NICOLAS    U.S. MARSHAL: S. LUJAN

**PROCEEDINGS:** CONTINUED ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED

( ) ALLEGATIONS STATED BY THE COURT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS:

( ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF PRETRIAL RELEASE
( ) REVOCATION OF PRETRIAL RELEASE IS GRANTED.

( ) RELEASE CONDITIONS CONTINUED
( ) PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT SHALL BE ALLOWED TO SELF-SURRENDER TO THE U.S. MARSHAL SERVICE PENDING DESIGNATION FROM THE U.S. BUREAU OF PRISONS.
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

( X ) **NOTES:**

Defense informed the Court that a hearing on this matter is scheduled on calendar for tomorrow at 2:00 p.m. He moved the Court to set this matter over for tomorrow. No objection. GRANTED.