# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## CRIMINAL MINUTES

**FILED**
DISTRICT COURT OF GUAM
JUL -8 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00020**  **DATE: 07/08/2005**  **TIME: 2:02 p.m.**

HON. ROBERT M. TAKASUGI, Designated Judge  Law Clerk: NONE PRESENT
Court Reporter: Wanda Miles  Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 2:02:01 - 2:14:46  CSO: F. Tenorio

**************************APPEARANCES**************************

**DEFT: DANIEL UNTALAN MESA**  **ATTY: JOHN GORMAN**
(X) PRESENT (X) CUSTODY ( ) BOND ( ) P.R.  (X) PRESENT ( ) RETAINED (X) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: RUSSELL STODDARD  AGENT:

U.S. PROBATION: JOHN SAN NICOLAS  U.S. MARSHAL: R. LUMAGUI

**PROCEEDINGS: CONTINUED ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED**

( ) ALLEGATIONS STATED BY THE COURT
( ) ARGUMENT BY THE GOVERNMENT/(X) GOVERNMENT SETS FORTH THE FACTS OF THE VIOLATIONS
(X) ARGUMENT BY THE DEFENDANT
( ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
(X) DEFENDANT DENIES THE ALLEGATIONS: MARCH 19, 2005
(X) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS: JUNE 9, 2005 VIOLATION

( ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF PRETRIAL RELEASE
( ) REVOCATION OF PRETRIAL RELEASE IS GRANTED.

( ) RELEASE CONDITIONS CONTINUED
( ) PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT SHALL BE ALLOWED TO SELF-SURRENDER TO THE U.S. MARSHAL SERVICE PENDING DESIGNATION FROM THE U.S. BUREAU OF PRISONS.
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

(X) NOTES:

Government requested continued detention pending sentencing. Defense argued for Defendant's release pending sentencing. Defendant addressed the Court. The Court released the Defendant pursuant to the conditions previously imposed and included the condition that Defendant report to the U.S. Probation Office within 24 hours of his release.