**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
AUG - 1 2005
MARY L.M. MORAN
CLERK OF COURT

# United States District Court
for
THE DISTRICT OF GUAM

U.S.A. vs: **DANIEL UNTALAN MESA**   Docket No.   CR 05-00020-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW **ROBERT I. CARREON**, Pretrial Services Officer, presenting an official report upon the conduct of **Daniel Untalan Mesa** who was placed under pretrial release supervision by the Honorable **Joaquin V.E. Manibusan, Jr.**, sitting in the court at **Hagatna, Guam** on **9th** date of **March**, 20 **05** under the following conditions:

Report to the U.S. Probation Office as instructed; maintain or actively seek employment; maintain or commence an educational program; surrender his passport to Clerk of Court and not obtain any passport; remain at a fixed address and not change residence without approval of the U.S. Probation Office; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from any use of alcohol; refrain from unlawful possession of a narcotic drug or other controlled substances, unless prescribed by a physician; submit to drug testing by the pretrial services officer for determining if the defendant is under a prohibited substance; report contact with any law enforcement; not leave Guam without the permission of the Court; and abide by the conditions of release in the Superior Court of Guam. **Conditions modified on May 19, 2005** to include a condition that the defendant participate in drug treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

***(See attached Declaration by U.S. Probation Officer Robert I. Carreon)***

PRAYING THAT THE COURT WILL

Pursuant to 18 U.S.C. §3148(b), order that a Summons be issued and that this matter be set for a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be revoked.

ORDER OF COURT

Considered and ordered _1st_ day of _August_, 20 _05_ and ordered filed and made a part of the records in the above case.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

Respectfully,
Robert I. Carreon
U.S. Pretrial Services Officer

Hagåtña, Guam

**RECEIVED**
JUL 29 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Date: July 29, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | Docket No.: CR 05-00020-001 |
| | ) | |
| vs. | ) | DECLARATION IN SUPPORT OF PETITION |
| | ) | |
| **DANIEL UNTALAN MESA,** | ) | |
| Defendant. | ) | |

Re: **Violation of Pretrial Release Conditions; Request for a Summons**

I, Robert I. Carreon, am the U.S. Pretrial Services Officer assigned to supervise the Court-ordered conditions of pretrial release for Daniel Untalan Mesa and in that capacity declare as follows:

On March 9, 2005, Daniel Untalan Mesa appeared before the Honorable Joaquin V.E. Manibusan, Jr. for an Initial Appearance and Arraignment relative to an Indictment charging him with Count I: Drug User in Possession of Firearms and Ammunition, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2) and Count II: Drug User in Possession of an Explosive Device, in violation of 18 U.S.C. §§842(i)(3) and 844(a). The defendant pled not guilty, and the Court set a trial date for May 4, 2005. The defendant was subsequently released on a personal recognizance bond with conditions that he: report to the U.S. Probation Office as directed; maintain or actively seek employment; maintain or commence an educational program; submit his passport to Clerk of Court and not obtain any passport; remain at a fixed address and not change residence without approval of the U.S. Probation Office; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from any use of alcohol; refrain from use or unlawful possession of a narcotic drug or other controlled substances, unless prescribed by a physician; submit to any method of drug testing by the pretrial services officer for determining if the defendant is under a prohibited substance; report contact with any law enforcement personnel; not leave Guam without the permission of the Court; and abide by the conditions of release in the Superior Court of Guam.

On March 18, 2005, Mr. Mesa reported to the U.S. Probation Office for pretrial supervision orientation and urinalysis. He tested positive for the use of methamphetamine, and executed a drug use admission form indicating he used the drug on March 14, 2005. An Informational Violation Report was submitted to the Court outlining this incident and the Court ordered no action in order for Mr. Mesa to pursue drug treatment at the Department of Mental Health and Substance Abuse, as ordered in his Superior Court case.

DECLARATION IN SUPPORT OF PETITION
Request for Modification of Release Conditions
Re:     BURGOS, Michael Atoigue
USDC Cr. Cs. No. 05-00007-001
July 29, 2005
Page 2

On May 19, 2005, Mr. Mesa appeared for a violation hearing as petitioned by the U.S. Probation Office for a positive drug test for methamphetamine (laboratory confirmed) on March 21, 2005. Without objections by the parties, the Court modified Mr. Mesa's pretrial release conditions to include an order that he participate in drug treatment.

On June 9, 2005, Mr. Mesa appeared for a change of plea hearing. The Court accepted his guilty plea and set sentencing for September 7, 2005. A Release Status Report was submitted to the Court by the U.S. Probation Office which outlined failures to report for urinalysis, failures to report to the probation officer, and other violations. The Court continued the hearing to July 8, 2005 and allowed the defendant to continue on release. Prior to the hearing, however, the Court issued a Warrant of Arrest for the defendant as petitioned by the U.S. Probation Office for laboratory confirmed drug use (methamphetamine) on June 9, 2005. The defendant was brought before the Court on July 8, 2005 in answer to the violations filed by the U.S. Probation Office. Despite making a finding that the defendant violated pretrial release conditions, the Court again allowed the defendant to continue on release.

Mr. Mesa is alleged to have violated the following conditions of release:

**Special Condition:** *The defendant shall submit to any method of testing required by the pretrial services officer the supervising officer for determining whether the defendant is using a prohibited substance.* On **July 13, 2005,** Mr. Mesa reported to the U.S. Probation Office for interview by U.S. Probation Officer Maria Cruz, the presentence report investigator. He was asked to submit to urinalysis, however, he stated he was unable to provide a sample at that moment. He was instructed to sit in the waiting area until he was able to provide a urine sample. **Mr. Mesa left the U.S. Probation Office without providing a test sample for urinalysis (stall). He then failed to report for urinalysis on July 14, 2005**. In addition, Mr. Mesa failed to contact this Officer to explain his violations. He also failed to report to the U.S. Probation Office on July 15, 2005 for a compliance meeting.

**Special Condition:** *The defendant shall report to the U.S. Probation Office as directed.* As outlined above Mr. Mesa failed to report to the U.S. Probation Office as instructed on **July 15, 2005**. In addition, he failed to report to the U.S. Probation Office on **July 25, 2005** as instructed. **Mr. Mesa has failed to submit monthly supervision reports for the months of March 2005, April 2005, May 2005, and June 2005.**

**Special Condition:** *The defendant shall abide by all conditions of release in the Superior Court of Guam.* On July 12, 2005, Mr. Mesa reported to the U.S. Probation Office for a compliance meeting. He was given written instructions to report immediately to the Superior Court of Guam to address an active Bench Warrant for non-compliance as previously informed by Superior Court of Guam Probation Officer Trisha Taitague. **Mr. Mesa failed to report to the Superior Court of Guam as instructed.** On July 27, 2005, Officer Taitague reported that Mr. Mesa has yet to report to their office and the Bench Warrant is still active.

DECLARATION IN SUPPORT OF PETITION
Request for Modification of Release Conditions
Re:    BURGOS, Michael Atoigue
USDC Cr. Cs. No. 05-00007-001
July 29, 2005
Page 3

**Supervision Compliance:**   Since his release from custody on July 8, 2005, Mr. Mesa has attended and tested negative on four urinalysis appointments.

**Recommendation:** The Court record reflects that Mr. Mesa has been given chances at continuing on release despite the finding of drug use and testing violations. The current violations of failing to submit to urinalysis, failing to provide a urine test sample (stall), failing to report to the U.S. Probation Office as instructed, and failing to comply with his Superior Court conditions, indicate that Mr. Mesa is not appreciative of the Court's leniency.  As such, the U.S. Probation Office recommends detention, pursuant to 18 U.S.C. §3148(b).

Executed this 29th day of July 2005, at Hagatna, Guam, in conformance with provisions of Title 28 U.S.C. § 1746.

I declare under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

RESPECTFULLY submitted this 29th day of July 2005.

By:

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    Russell C. Stoddard, AUSA
       John T. Gorman, Federal Public Defender
       File