# UNITED STATES DISTRICT COURT
DISTRICT OF GUAM
PROBATION OFFICE


FRANK MICHAEL CRUZ
CHIEF PROBATION OFFICER

**MAIN OFFICE**
2ND FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
TEL: (671) 473-9201
FAX: (671) 473-9202

**FILED**
DISTRICT COURT OF GUAM
AUG - 3 2005
MARY L.M. MORAN
CLERK OF COURT

**N.M.I. OFFICE**
HORIGUCHI BUILDING RM 4D
P.O. BOX 502089
SAIPAN, MP 96950
TEL: (670) 236-2991
FAX: (670) 236-2992

August 3, 2005

**RECEIVED**
AUG - 3 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

The Honorable Consuelo B. Marshall
Designated U.S. District Judge
U.S. District Court of Guam
520 West Soledad Avenue
Fourth Floor U.S. Courthouse
Hagatña, Guam 96910

> Re: **DANIEL UNTALAN MESA**
> U.S.D.C. CR05-00020-001
>
> **Request for Order to Extend Presentence**
> **Report Due Date and Sentencing Hearing**

Dear Judge Marshall:

  On June 9, 2005, Daniel Untalan Mesa entered a guilty plea to an Indictment which charged him with <u>Count One</u> - Drug User in Possession of Firearms and Ammunition, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2), and <u>Count Two</u> - Drug User in Possession of an Explosive Device, in violation of 18 U.S.C. §§ 842(i)(3) and 944(a). His guilty plea was accepted, and the court scheduled a Sentencing hearing for September 7, 2005. A presentence report was ordered to be submitted to the parties on August 3, 2005.

  The probation officer still needs to locate the current owners of the firearms to get victim statements and to determine loss, if any. In addition, records from the Superior Court of Guam and the Guam Attorney General's Office have not been yet received and reviewed, which may impact the criminal history computation.

  Based upon these reasons, the probation officer respectfully requests that the filing date for the presentence report be extended and the Sentencing hearing be rescheduled. It is, therefore, respectfully requested that the presentence report filing date be extended to August 25, 2005 and the sentencing hearing continued to September 29, 2005.

First Assistant U.S. Attorney Russell Stoddard is off-island and Federal Public Defender John Gorman has no objection to the extension of the presentence report date or the sentencing hearing.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: *Maria Cruz*
MARIA C. CRUZ
U.S. Probation Officer

Approved by:

CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist

cc: Russell C. Stoddard, First AUSA
John T. Gorman, Federal Public Defender