DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
*(AMENDED)*\*\*


FILED
DISTRICT COURT OF GUAM
AUG - 3 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00020        DATE: 07/07/2005        TIME: 10:43 a.m.
***

\*\*HON. ROBERT M. TAKASUGI, Designated Judge                Law Clerk: NONE PRESENT
Court Reporter: Wanda Miles                                  Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 10:43:59 - 10:44:57         CSO: F. Tenorio

* * * * * * * * * * * * * * * * * * * * * * A P P E A R A N C E S * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: DANIEL UNTALAN MESA**                                **ATTY : JOHN GORMAN**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.            ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: RUSSELL STODDARD                              AGENT:

U.S. PROBATION: JOHN SAN NICOLAS                             U.S. MARSHAL: S. LUJAN

***

**PROCEEDINGS:   CONTINUED ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED**

( ) ALLEGATIONS STATED BY THE COURT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS:
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS:

( ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF PRETRIAL RELEASE
( ) REVOCATION OF PRETRIAL RELEASE IS GRANTED.

( ) RELEASE CONDITIONS CONTINUED
( ) PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT SHALL BE ALLOWED TO SELF-SURRENDER TO THE U.S. MARSHAL SERVICE PENDING DESIGNATION FROM THE U.S. BUREAU OF PRISONS.
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

( X ) NOTES:

Defense informed the Court that a hearing on this matter is scheduled on calendar for tomorrow at 2:00 p.m. He moved the Court to set this matter over for tomorrow. No objection. GRANTED.