# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

U.S. MARSHALS-GUAM RECEIVED
2 AUG 2005 14 00 01

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**DANIEL UNTALAN MESA**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    CR-05-00020 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | Date and Time |
| Before:    **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | **Thursday, August 4, 2005 at 1:45 p.m.** |

To answer a(n)
☐ Indictment    ☐ Information    ☐ Complaint    **X** Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title    **18**    United States Code, Section(s)    **3148(b)**

Brief description of offense:

    **ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED**
    (See attached Petition and Violation Report)

**FILED**
DISTRICT COURT OF GUAM
AUG - 4 2005
MARY L.M. MORAN
CLERK OF COURT

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**August 1, 2005**
Date

| RETURN OF SERVICE | |
|---|---|
| Service was made by me on:[1] | Date 8/3/05 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☒ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on __8/4/05__    __J. Salas (Acting)__
Date                                      Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

8/3/05   10:00 AM   (1st)

8/3/05   12:00 PM   (2nd)

8/3/05   2:00 PM   (3rd)

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.