

**FILED**
DISTRICT COURT OF GUAM
AUG - 4 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00020          DATE: 08/04/2005

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge          Law Clerk: Judith Hattori
Court Reporter: Wanda Miles          Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 2:08:05 - 2:23:25          CSO: J. McDonald / J. Lizama

**APPEARANCES**

DEFT: DANIEL UNTALAN MESA          ATTY: JOHN GORMAN
(X) PRESENT  ( ) CUSTODY  (X) BOND  ( ) P.R.          (X) PRESENT  ( ) RETAINED  (X) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID          AGENT:

U.S. PROBATION: JOHN SAN NICOLAS          U.S. MARSHAL: J. CURRY

PROCEEDINGS:   - INITIAL APPEARANCE
               - ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS
               SHOULD NOT BE REVOKED

(X) ALLEGATIONS STATED BY THE COURT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE
    VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS:
(X) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS: JULY 13, 2005

( ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF
    PRETRIAL RELEASE
( ) REVOCATION OF PRETRIAL RELEASE IS GRANTED.

(X) RELEASE CONDITIONS CONTINUED
( ) PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT SHALL BE ALLOWED TO SELF-SURRENDER TO THE U.S. MARSHAL
    SERVICE PENDING DESIGNATION FROM THE U.S. BUREAU OF PRISONS.
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

(X) NOTES:

Defense argued for Defendant's release pending sentencing. Defendant addressed the Court regarding the allegations. The Court admonished Defendant to abide by all of his conditions of release and ordered him to appear in Court on September 7, 2005 for his sentencing.