FILED
DISTRICT COURT OF GUAM
AUG - 8 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal Case No. 05-00020-001 |
| | ) | |
| vs. | ) | |
| | ) | |
| DANIEL UNTALAN MESA | ) | ORDER |
| Defendant. | ) | |

Upon a request by the United States Probation Office, it is hereby ORDERED that the presentence report due date in the above-captioned case is extended to August 25, 2005, and that the sentencing hearing which was previously set for September 7, 2005, be rescheduled to September 29, 2005 at 10:30 a.m. ~~/p.m.~~

Dated this 8 day of Aug., 2005.

CONSUELO B. MARSHALL
Designated U.S. District Judge
District Court of Guam

RECEIVED
AUG - 3 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM