DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**
**SENTENCING**


**FILED**
DISTRICT COURT OF GUAM
SEP 29 2005
**MARY L.M. MORAN**
**CLERK OF COURT**

CASE NO. CR-05-00020          DATE: September 29, 2005

HON. LLOYD D. GEORGE, Designated Judge
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 10:31:29 - 11:22:41

Law Clerk: NONE PRESENT
Courtroom Deputy: Leilani Toves Hernandez
CSO: B. Benavente

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*A P P E A R A N C E S\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: DANIEL UNTALAN MESA**
( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.

**ATTY: JOHN GORMAN**
( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: RUSS STODDARD

AGENT: SONNY DUNLAP, A.T.F.

U.S. PROBATION: MARIA CRUZ / ROBERT CARREON

U.S. MARSHAL: W. GRAY / M. UNGACTA

INTERPRETER: _____          LANGUAGE: _____

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
    Base offense level:  16        Total offense level:  14        Criminal History Category: I

    NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Joint recommendation for a sentence on the low end of the guidelines, 15 months.

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZED

( ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

Defense requested for a judicial recommendation for the defendant to participate in the 500 hour drug treatment program and to allow him to self-surrender to the U.S. Marshal Service here on Guam pending designation of Bureau of Prisons.

Government objected to the self-surrender request. The Court Denied the self-surrender request and remanded the defendant to the custody of the U.S. Marshal.

SENTENCE: CR-05-00020                     DEFENDANT: DANIEL UNTALAN MESA

( X ) DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF COUNT I - 18 MONTHS AND COUNT II - 18 MONTHS. SENTENCES ARE TO BE SERVED CONCURRENTLY. WHILE IN PRISON, THE DEFENDANT SHALL PARTICIPATE IN THE 500 HOUR DRUG TREATMENT PROGRAM.

( X ) COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT _____.

( X ) UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF COUNT I - 3 YEARS AND COUNT II - 3 YEARS, TO BE SERVED CONCURRENTLY.

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME.

2. DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE AND SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. HE SHALL SUBMIT TO UP TO EIGHT DRUG TESTS A MONTH FOR USE OF A CONTROLLED SUBSTANCE.

3. DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

4. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. SENTENCING COMMISSION AND UNDER 18 U.S.C. §3583.

5. DEFENDANT SHALL BE PROHIBITED FROM POSSESSING A FIREARM OR OTHER DANGEROUS WEAPON.

6. DEFENDANT SHALL BE PROHIBITED FROM THE USE OF ALL ALCOHOLIC BEVERAGES.

7. DEFENDANT SHALL PARTICIPATE IN A SUBSTANCE ABUSE TREATMENT PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR SUBSTANCE ABUSE, WHICH PROGRAM MAY INCLUDE TESTING TO DETERMINE WHETHER THE DEFENDANT HAS REVERTED TO THE USE OF DRUGS OR ALCOHOL. THE DEFENDANT SHALL ALSO MAKE CO-PAYMENT FOR TREATMENT AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

8. DEFENDANT SHALL PERFORM 200 HOURS OF COMMUNITY SERVICE UNDER THE DIRECTION OF THE U.S. PROBATION OFFICE.

ALL FINES WERE WAIVED BY THE COURT, AS IT HAD BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

DEFENDANT WAS ORDERED TO PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $200.00 IMMEDIATELY AFTER SENTENCING.

COURT STATED THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT WAS ADVISED OF HIS APPEAL RIGHTS.

DEFENDANT WAS REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

Courtroom Deputy: ___