# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### *AMENDED* CRIMINAL MINUTES
### SENTENCING



FILED
DISTRICT COURT OF GUAM
SEP 30 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00020                    DATE: September 29, 2005

***

HON. LLOYD D. GEORGE, Designated Judge          Law Clerk: NONE PRESENT
Court Reporter: Wanda Miles                      Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 10:31:29 - 11:22:41   CSO: B. Benavente

************************** APPEARANCES **************************

**DEFT:** DANIEL UNTALAN MESA                  **ATTY:** JOHN GORMAN
( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.   ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: RUSS STODDARD                    AGENT: SONNY DUNLAP, A.T.F.

U.S. PROBATION: MARIA CRUZ / ROBERT CARREON     U.S. MARSHAL: W. GRAY / M. UNGACTA

INTERPRETER: _____            LANGUAGE: _____

***

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
    Base offense level: 16        Total offense level: 14    Criminal History Category: I

    NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Joint recommendation for a sentence on the low end of the guidelines, 15 months.

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZED

( ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

Defense requested for a judicial recommendation for the defendant to participate in the 500 hour drug treatment program and to allow him to self-surrender to the U.S. Marshal Service here on Guam pending designation of Bureau of Prisons.

Government objected to the self-surrender request. The Court Denied the self-surrender request and remanded the defendant to the custody of the U.S. Marshal.

SENTENCE:   CR-05-00020                DEFENDANT: DANIEL UNTALAN MESA

( X )   DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF COUNT I - 18 MONTHS AND COUNT II - 18 MONTHS, WITH CREDIT FOR TIME SERVED (APPROXIMATELY TEN DAYS).*  SENTENCES ARE TO BE SERVED CONCURRENTLY.  WHILE IN PRISON, THE DEFENDANT SHALL PARTICIPATE IN THE 500 HOUR DRUG TREATMENT PROGRAM.

( X )   UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF  COUNT I - 3 YEARS AND COUNT II - 3 YEARS, TO BE SERVED CONCURRENTLY .

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME.

2. DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE AND SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE.  HE SHALL SUBMIT TO UP TO EIGHT DRUG TESTS A MONTH FOR USE OF A CONTROLLED SUBSTANCE.

3. DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

4. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. SENTENCING COMMISSION AND UNDER 18 U.S.C. §3583.

5. DEFENDANT SHALL BE PROHIBITED FROM POSSESSING A FIREARM OR OTHER DANGEROUS WEAPON.

6. DEFENDANT SHALL BE PROHIBITED FROM THE USE OF ALL ALCOHOLIC BEVERAGES.

7. DEFENDANT SHALL PARTICIPATE IN A SUBSTANCE ABUSE TREATMENT PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR SUBSTANCE ABUSE, WHICH PROGRAM MAY INCLUDE TESTING TO DETERMINE WHETHER THE DEFENDANT HAS REVERTED TO THE USE OF DRUGS OR ALCOHOL.  THE DEFENDANT SHALL ALSO MAKE CO-PAYMENT FOR TREATMENT AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

8. DEFENDANT SHALL PERFORM 200 HOURS OF COMMUNITY SERVICE UNDER THE DIRECTION OF THE U.S. PROBATION OFFICE.

ALL FINES WERE WAIVED BY THE COURT, AS IT HAD BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

DEFENDANT WAS ORDERED TO PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $200.00 IMMEDIATELY AFTER SENTENCING.

COURT STATED THE JUSTIFICATION OF SENTENCE IMPOSED.  DEFENDANT WAS ADVISED OF HIS APPEAL RIGHTS.

DEFENDANT WAS REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

Courtroom Deputy:

*Amended to include the text 'with credit for time served' .

Case 1:05-cr-00020    Document 32    Filed 09/30/2005    Page 2 of 2

Page 2 of 2