PROB 12A
(7/93)

# United States District Court

for

District of Guam

**Report on Offender Under Supervision**

FILED
DISTRICT COURT OF GUAM
FEB -5 2007
MARY L.M. MORAN
CLERK OF COURT

Name of Offender: **Daniel Untalan Mesa**  Case Number: **CR 05-00020-001**

Name of Sentencing Judicial  Lloyd D. George, Designated Judge

Date of Original Sentence:  September 29, 2005

Original Offense: Count I: Drug Use in Possession of Firearms and Ammunition, in violation of 18 U.S.C. §§ 922(g)(3) and 924(1)(2); Count II: Drug User in Possession of an Explosive Device, in violation of 18 U.S.C. §§ 842(i)(3) and 844(a).

Original Sentence: 18 months imprisonment followed by three years supervised release with conditions that he not possess or use any unlawful controlled substance and submit to up to eight drug tests per month; be prohibited from the use of all alcoholic beverages; participate in drug treatment and testing and make co-payment for services to be determined by the U.S. Probation Office; perform 200 hours of community service; and pay a special assessment fee of $200.

Type of Supervision: Supervised Release  Date Supervision Commenced: January 5, 2007

---

## NONCOMPLIANCE SUMMARY

Violation Number | Nature of Noncompliance

1.  That the defendant admitted to the use of methamphetamine upon urinalysis on January 16, 2007, in violation of § 18 U.S.C. § 3583(d).

On January 5, 2007, Daniel Untalan Mesa was released from federal custody and returned to Guam to begin his three year term of supervised release. On January 16, 2007, Mr. Mesa reported to the U.S. Probation Office, and admitted to using methamphetamine on January 14, 2006. He executed a drug use admission form accordingly, and apologized for his inability to refrain from temptation. Mr. Mesa explained that on January 14, 2007, he was visited by friends at his home, and upon being offered methamphetamine, he smoked it. He acknowledged the gravity of his error and assured it would not happen again. Mr. Mesa was admonished for his drug use and was assured that continued non-compliance would be met with adverse sanctions requested of the Court.

Mr. Mesa will perform community service four days per week commencing on January 23, 2007. He has an outstanding special assessment fee balance of $100, which he agreed to pay by January 31, 2007. Mr. Mesa has been referred for drug treatment services, and is scheduled for an intake drug assessment on January 22, 2007. Thereafter, a treatment plan will be developed for him.

The above report is submitted for the Court's information only, and no action is requested at this time in order for Mr. Mesa to benefit from drug treatment which is soon to begin. His compliance will be closely monitored, and any subsequent violations will be reported to the Court accordingly.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader
Date: 1/26/07

Respectfully submitted,

by:

ROBERT I. CARREON
U.S. Probation Officer

Date: 1/26/07

**THE COURT ORDERS**

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☑ No Action

☐ Other

HON. FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam

2/5/07

Date

RECEIVED
JAN 26 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM