PROB 12B
(7/93)

# United States District Court

for

*District of Guam*

**Report for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearings is Attached)*

| | |
|---|---|
| Name of Offender: **Daniel Untalan Mesa** | Case Number: **CR 05-00020-001** |

Name of Sentencing Judicial Officer: Lloyd D. George, Designated Judge

Date of Original Sentence: September 29, 2005

Original Offense: Drug User in Possession of Firearms and Ammunition, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2); and Drug User in Possession of an Explosive Device, in violation of 18 U.S.C. § 842(i)(3) and 844(a).

Original Sentence: 18 months imprisonment followed by three years supervised release with conditions that he not possess or use any unlawful controlled substance and submit to up to eight drug tests per month; be prohibited from the use of all alcoholic beverages; participate in drug treatment and testing and make co-payment for services to be determined by the U.S. Probation Office; perform 200 hours of community service; and pay a special assessment fee of $200. **Informational Violation Report filed February 5, 2007.**

Type of Supervision: Supervised Release    Date Supervision Commenced: January 5, 2007

**PETITIONING THE COURT**

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

> The defendant shall perform 100 hours of community service at the direction of the U.S. Probation Office.

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender                                                                                                                    page 2

CAUSE

On April 25, 2007, Daniel Untalan Mesa reported for urinalysis and tested positive for the use of methamphetamine. He denied any illicit drug use and the sample was forwarded to the laboratory for confirmation testing. Mr. Mesa failed to report to this Officer for compliance meeting on April 26, 2007. He reported as instructed on April 27, 2007, and executed a drug use admission form for using "ice" on April 24, 2007. Mr. Mesa stated that he found the drug in a box at his home belonging to his brother. He apologized for his error in judgment and assured it would not happen again. Mr. Mesa was admonished for his drug use, which is his second drug use incident since being released from federal custody on January 5, 2007.

For his violations outlined above, Mr. Mesa agreed to a modification of his release conditions, pursuant to 18 U.S.C. § 3583(e)(2), to include an order that he perform 100 hours of community service. Accordingly, he executed the attached Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision. In addition, Mr. Mesa was returned to day 1, Phase I of the drug treatment and testing program. He offered no reasons why he could not return to full compliance.

Mr. Mesa is compliant with his other conditions of supervision. He completed the 200 hour community service order on March 23, 2007, and he paid the $200 special assessment fee on February 5, 2007. Although unemployed, Mr. Mesa is actively seeking employment. His progress will be closely monitored and any subsequent violations will be reported to the Court accordingly.

Reviewed by:                                                                    Respectfully submitted,

/s/ ROSSANNA VILLAGOMEZ-AGUON                              /s/ ROBERT I. CARREON
U.S. Probation Officer                                              by:      U.S. Probation Officer
Supervision Unit Leader

Date: May 4, 2007                                                               Date: May 4, 2007

THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above.

☐ The Modification of Conditions as Noted Above.

☐ Other          Issuance of a:    ☐ Summons       ☐ Warrant

PROB 49
(3/89)

# United States District Court

for

*District of Guam*

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

  I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

  I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1.  The defendant shall perform 100 hours of community service at the direction of the U.S. Probation Office.

Witness: __ROBERT I. CARREON__  
     U.S. Probation Officer

Signed: __DANIEL U. MESA__  
    Probationer or Supervised Releasee

__4-30-07__  
Date