PROB 12B
(7/93)

# United States District Court

for

*District of Guam*

**Report for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender: **Daniel Untalan Mesa**  Case Number: **CR 05-00020-001**

Name of Sentencing Judicial Officer: Lloyd D. George, Designated Judge

Date of Original Sentence: September 29, 2005

Original Offense: Drug User in Possession of Firearms and Ammunition, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2); and Drug User in Possession of an Explosive Device, in violation of 18 U.S.C. § 842(i)(3) and 844(a).

Original Sentence: 18 months imprisonment with credit for time served, followed by three years supervised release with conditions that he not possess or use any unlawful controlled substance and submit to up to eight drug tests per month; be prohibited from the use of all alcoholic beverages; participate in drug treatment and testing and make co-payment for services to be determined by the U.S. Probation Office; perform 200 hours of community service; and pay a special assessment fee of $200. **Informational Violation Report filed February 5, 2007. Conditions modified May 4, 2007** to include an order that the defendant perform 100 hours of community service.

Type of Supervision: Supervised Release   Date Supervision Commenced: January 5, 2007

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

The defendant shall serve four days of intermittent confinement, pursuant to 18 U.S.C. § 3583(e)(2), at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S. Marshals Office.

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender

page 2

CAUSE

On May 8, 2007, Daniel U. Mesa failed to report for random urinalysis. On May 9, 2007, he reported for a compliance meeting as instructed by this Officer. Mr. Mesa explained that he missed the drug test because he was busy fixing a car for a relative and lost track of time. He was informed that his absence was un-excused and that he needed to ensure attendance at all court-ordered appointments. As part of the compliance meeting, Mr. Mesa was subjected to urinalysis, which yielded presumptive positive results for methamphetamine or "ice". Results also indicated the test sample he provided was diluted with a reading of (1.0002). Mr. Mesa denied any drug use and the sample was forwarded to the laboratory for confirmation testing. Results returned May 15, 2007 indicated that components of Mr. Mesa's test sample were abnormal and, therefore, invalid. He reported to the U.S. Probation Office on May 15, 2007 and executed a drug use admission form indicating that he used "ice" on May 6, 2007. He apologized for not admitting to his drug use upon testing citing fear of the consequences. Mr. Mesa assured it would not happen again. Mr. Mesa was admonished for his drug use, which is his third drug use incident since being released from federal custody on January 5, 2007.

For his violations outlined above, Mr. Mesa agreed to a modification of his supervised release conditions, pursuant to 18 U.S.C. § 3583(e)(2), to include an order that he serve four days of intermittent confinement at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S. Marshals Office. Accordingly, he executed the attached Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision. In addition, Mr. Mesa was returned to day 1, Phase I of the drug treatment and testing program. He offered no reasons why he could not return to full compliance.

Mr. Mesa is compliant with his other conditions of supervision. He completed the 200 hour community service order on March 23, 2007, and he paid the $200 special assessment fee on February 5, 2007. Although unemployed, Mr. Mesa is actively seeking employment. His progress will be closely monitored and any subsequent violations will be reported to the Court accordingly.

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: June 6, 2007

Respectfully submitted,

by: /s/ ROBERT I. CARREON
U.S. Probation Officer

Date: June 6, 2007

**THE COURT ORDERS**

☐ No Action

☐ The Extension of Supervision as Noted Above.

☐ The Modification of Conditions as Noted Above.

☐ Other        Issuance of a:    ☐ Summons    ☐ Warrant

PROB 49
(3/89)

# United States District Court

for

*District of Guam*

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall serve four days of intermittent confinement, pursuant to Title 18 U.S.C. § 3583(e)(2), 3583(d)(3) at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S. Marshals Office.

Witness: ROBERT I. CARREON
U.S. Probation Officer

Signed: DANIEL UNTALAN MESA
Probationer or Supervised Releasee

05-24-07
Date