# United States District Court

for

*District of Guam*

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: **Daniel Untalan Mesa**               Case Number: **CR 05-00020-001**

Name of Sentencing Judicial Officer:     Lloyd D. George, Designated Judge

Date of Original Sentence:         September 29, 2005

Original Offense:   Drug User in Possession of Firearms and Ammunition, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2); and Drug User in Possession of an Explosive Device, in violation of 18 U.S.C. § 842(i)(3) and 844(a).

Original Sentence:  18 months imprisonment with credit for time served, followed by three years supervised release with conditions that he not possess or use any unlawful controlled substance and submit to up to eight drug tests per month; be prohibited from the use of all alcoholic beverages; participate in drug treatment and testing and make co-payment for services to be determined by the U.S. Probation Office; perform 200 hours of community service; and pay a special assessment fee of $200. **Informational Violation Report filed February 5, 2007. Conditions modified May 4, 2007** to include an order that the defendant perform 100 hours of community service. **Conditions Modified June 8, 2007** to include an order that the defendant serve four days of intermittent confinement at the direction of the U.S. Probation Office and the U.S. Marshal Service.

Type of Supervision:    Supervised Release           Date Supervision Commenced:  October 18, 2004

Assistant U.S. Attorney:     Russell Stoddard              Defense Attorney:    John T. Gorman

## PETITIONING THE COURT

☐  To issue a warrant.

☒  To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of

| Violation Number | Nature of Noncompliance [All in violation of 18 U.S.C. § 3583(d)] |
|---|---|
| 1. | *The defendant shall refrain from the unlawful use of a controlled substance.* |
| 2. | *The defendant shall answer truthfully all inquiries by the probation officer.* |
| 3. | *The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.* |
| 4. | *The defendant shall participate in substance abuse treatment and testing.* |

U.S. Probation Officer Recommendation:

☐ The term of supervision should be

☒ revoked.

☐ extended for _____ years, for a total term _____ years.

☐ The conditions of supervision should be modified as follows:

**Please see attached**
*Declaration in Support of Petition,*
*Violations of Supervised Release Conditions; Request for a Summons*
**submitted by U.S. Probation Officer Robert I. Carreon**

| Reviewed by: | I declare under penalty of perjury that the forgoing is true and correct. |
|---|---|
| /s/ CARMEN D. O'MALLAN | /s/ ROBERT I. CARREON |
| U.S. Probation Officer Specialist Supervision Unit Leader | U.S. Probation Officer |
| Date:   October 10, 2007 | Executed on:   October 10, 2007 |

**THE COURT ORDERS:**

☐ No Action.

☐ The Issuance of a Warrant.

☐ The Issuance of a Summons.

☐ Other.

# VIOLATION WORKSHEET

1. Defendant **Daniel Untalan Mesa**

2. Docket Number (Year-Sequence-Defendant No.) **CR 05-00020-001**

3. District/Office  0993/1

4. Original Sentence Date  9 / 29 / 05
                                         month    day    year

(If different than above):

5. Original District/Office

6. Original Docket Number (Year-Sequence-Defendant No.)

7. List each violation and determine the applicable grade (see §7B1.1(b))

| Violation(s) | Grade |
|---|---|
| • The defendant shall refrain from the unlawful use of a controlled substance. (Tested positive on urinalysis for methamphetamine on September 25, 2007) | C |
| • The defendant shall answer truthfully all inquiries by the probation officer. (Denied drug use during a compliance meeting with Probation Officer on October 1, 2007) | C |
| • The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons. | C |
| • The defendant shall participate in substance abuse treatment and testing. (Testing program requires automatic compliance meeting with the Probation Officer to occur the day following any drug testing violations - defendant failed to report to the probation office on September 26, 2007, following the positive drug test above) | C |
| • | |

8. Most Serious Grade of Violation (see §7B1.1(b))       C

9. Criminal History Category (see §7B1.4(a))       I

10. Range of Imprisonment (see §7B1.4(a))       3-9 months

11. Sentencing Options for Grade B and C Violations Only (Check the appropriate box):

[X] (a) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

[ ] (b) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

[ ] (c) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

**Mail documents to: United States Sentencing Commission, Federal Judiciary Building, One Columbus Circle, NE, Suite 2-500, South Lobby, Washington, D.C. 20002-8002**

Defendant: **Daniel Untalan Mesa**

12. **Unsatisfied Conditions of Original Sentence**

    List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation (see §7B1.3(d)):

    | | | | |
    |---|---|---|---|
    | Restitution ($) | N/A | Community Confinement | N/A |
    | Fine ($) | N/A | Home Detention | N/A |
    | Other | N/A | Intermittent Confinement | N/A |

13. **Supervised Release**

    If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3 (see §§7B1.3(g)(1)).

    Term: N/A to N/A years.

    If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment (see 18 U.S.C. §3583(e) and §7B1.3(g)(2)).

    Period of supervised release to be served following release from imprisonment: 27-33 mos

14. **Departure**

    List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

15. **Official Detention Adjustment** (see §7B1.3(e)): 0 months 0 days

**Mail documents to: United States Sentencing Commission, Federal Judiciary Building, One Columbus Circle, NE, Suite 2-500, South Lobby, Washington, D.C. 20002-8002**

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00020-001 |
| Plaintiff, | ) | |
| vs. | ) | **DECLARATION IN SUPPORT OF PETITION** |
| DANIEL UNTALAN MESA, | ) | |
| Defendant. | ) | |

**Re:   Violations of Supervised Release Conditions; Request for a Summons**

I, U.S. Probation Officer Robert I. Carreon, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of supervised release for Daniel Untalan Mesa and in that capacity declare as follows:

Mr. Mesa is alleged to have committed the following violation, which is in violation of *18 U.S.C. § 3583(d)*:

**Mandatory Conditions:** *The defendant shall refrain from the unlawful use of a controlled substance.* On September 25, 2007, Mr. Mesa reported for urinalysis and tested presumptive positive for the use of methamphetamine. He denied any illicit drug use and the sample was forwarded for laboratory confirmation testing. Mr. Mesa failed to report to the U.S. Probation Office on September 26, 2007 for a mandatory compliance meeting on his presumptive test results. He was contacted telephonically by this Officer on September 27, 2007, to discuss the possible drug use incident as tested on September 25, 2007. Mr. Mesa reported for a compliance meeting on October 1, 2007, and assured this officer that he did not use any illicit drugs and that the test taken on September 25, 2007, would return negative. The laboratory report returned on October 2, 2007, confirmed the September 25, 2007 positive methamphetamine result. This positive drug test is the fourth confirmed drug use incident documented since Mr. Mesa's release from federal custody on January

DECLARATION IN SUPPORT OF PETITION
Violations of Supervised Release Conditions; Request for a Summons
Re:   MESA, Daniel Untalan
Criminal Case No. 05-00020-001
October 10, 2007
Page 2


5, 2007. These drug use incidents occurred on January 16, 2007, April 25, 2007, and May 9, 2007. He was previously sanctioned by the Court on May 4, 2007, with 100 hours of community service and on June 8, 2007, with four days of intermittent confinement.

**Standard Condition:** *The defendant shall answer truthfully all inquiries by the probation officer.* As outlined above Mr. Mesa denied his use of methamphetamine during a compliance meeting with Probation Officer on October 1, 2007.

**Standard Condition:** *The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.* On July 9, 2007, Mr. Mesa was instructed by this Officer to report weekly to submit proof of job search activity and for job search assistance. He failed to report for any of his weekly appointments as instructed. At a compliance meeting on October 1, 2007, Mr. Mesa acknowledged his failure to report and offered no valid excuse for the violation. He stated that he would begin reporting as instructed.

**Special Condition:** *The defendant shall participate in substance abuse treatment and testing.* As outlined above, Mr. Mesa failed to attend the required compliance meeting with the Probation Officer on September 26, 2007, following his presumptive urinalysis the previous day.

**Supervision Compliance:** Mr. Mesa completed the 200-hour community service order on March 23, 2007, and the additional 100 hours on June 5, 2007 (imposed as a sanction on May 4, 2007). Mr. Mesa paid the $200 special assessment fee on February 5, 2007 and submitted to mandatory DNA collection on June 6, 2007.

**Recommendation:** This Officer respectfully requests that the Court issue a Summons for Mr. Mesa and upon its execution, he appear at a hearing to answer or show cause why supervised release should not be revoked, pursuant to 18 U.S.C. § 3583(e)(3).

   I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

DECLARATION IN SUPPORT OF PETITION
Violations of Supervised Release Conditions; Request for a Summons
Re: MESA, Daniel Untalan
Criminal Case No. 05-00020-001
October 10, 2007
Page 3

Executed this 10th day of October 2007, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

By:  /s/ ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc: Russell Stoddard, AUSA
John T. Gorman, FPD
File