# United States District Court

for

*District of Guam*

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: **Daniel Untalan Mesa**      Case Number: **CR 05-00020-001**

Name of Sentencing Judicial Officer:     Lloyd D. George, Designated Judge

Date of Original Sentence:     September 29, 2005

Original Offense:    Drug User in Possession of Firearms and Ammunition, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2); and Drug User in Possession of an Explosive Device, in violation of 18 U.S.C. § 842(i)(3) and 844(a).

Original Sentence:    18 months imprisonment with credit for time served, followed by three years supervised release with conditions that he not possess or use any unlawful controlled substance and submit to up to eight drug tests per month; be prohibited from the use of all alcoholic beverages; participate in drug treatment and testing and make co-payment for services to be determined by the U.S. Probation Office; perform 200 hours of community service; and pay a special assessment fee of $200. **Informational Violation Report filed February 5, 2007. Conditions modified May 4, 2007** to include an order that the defendant perform 100 hours of community service. **Conditions Modified June 8, 2007** to include an order that the defendant serve four days of intermittent confinement at the direction of the U.S. Probation Office and the U.S. Marshal Service.

Type of Supervision:    Supervised Release      Date Supervision Commenced: October 18, 2004

Assistant U.S. Attorney:    Russell Stoddard      Defense Attorney:    John T. Gorman

## PETITIONING THE COURT

☐ To issue a warrant.

☒ To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of

| Violation Number | Nature of Noncompliance [All in violation of 18 U.S.C. § 3583(d)] |
|---|---|
| 1. | *The defendant shall refrain from the unlawful use of a controlled substance.* |
| 2. | *The defendant shall answer truthfully all inquiries by the probation officer.* |
| 3. | *The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.* |
| 4. | *The defendant shall participate in substance abuse treatment and testing.* |

U.S. Probation Officer Recommendation:

☐ The term of supervision should be

☒ revoked.

☐ extended for _____ years, for a total term _____ years.

☐ The conditions of supervision should be modified as follows:

**Please see attached**
*Declaration in Support of Petition,*
*Violations of Supervised Release Conditions; Request for a Summons*
**submitted by U.S. Probation Officer Robert I. Carreon**

| Reviewed by: | I declare under penalty of perjury that the forgoing is true and correct. |
|---|---|
| /s/ CARMEN D. O'MALLAN | /s/ ROBERT I. CARREON |
| U.S. Probation Officer Specialist Supervision Unit Leader | U.S. Probation Officer |
| Date:  October 10, 2007 | Executed on:  October 10, 2007 |

**THE COURT ORDERS:**

☐ No Action.

☐ The Issuance of a Warrant.

☒ The Issuance of a Summons.   **A summons shall issue for October 23, 2007, at 1:30 p.m.**

☐ Other.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Oct 15, 2007**