AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF    GUAM

**FILED**
DISTRICT COURT OF GUAM
OCT 18 2007
JEANNE G. QUINATA
Clerk of Court

| UNITED STATES OF AMERICA<br>V. | SUMMONS IN A CRIMINAL CASE |
|---|---|
| **DANIEL UNTALAN MESA** | Case Number:    CR-05-00020-001 |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>3rd FLOOR, U.S. COURTHOUSE<br>520 WEST SOLEDAD AVENUE<br>HAGATNA, GUAM 96910 | Room<br>COURTROOM |
|---|---|
| | Date and Time<br>Tuesday, October 23, 2007 at 1:30 p.m. |
| Before:    HONORABLE JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge | |

To answer a(n)
☐ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    **X** Supervised Release Violation Petition    ☐ Pretrial Violation Notice

Charging you with a violation of Title    **18**    United States Code, Section(s)    **3583(d)**

Brief description of offense:

See the Petition for Warrant or Summons for Offender Under Supervision and Order previously filed on October 15, 2007

RECEIVED
OCT 17 2007
US MARSHALS SERVICE-GUAM

LEILANI R. TOVES HERNANDEZ, Deputy Clerk
Name and Title of Issuing Officer

*(Signature of Issuing Officer)*

October 16, 2007
Date

ORIGINAL

AO 83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

| | |
|---|---|
| Service was made by me on:[1] | Date OCT. 18, 2007 0940 hrs |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: AGANA HEIGHTS, GUAM

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  10-18-07
        Date

J. SALAS
Name of United States Marshal

Special DUSM M.P. Cepeda
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.