**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**REVOCATION**

CASE NO.: CR-05-00020  DATE: October 23, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Francine A. Diaz
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 10:49:21 - 11:11:18
 11:52:30 - 12:13:23
CSO: F. Tenorio

**APPEARANCES:**
Defendant: Daniel Untalan Mesa  Attorney: Richard Arens
☑Present ☐Custody ☐Bond ☐P.R.  ☑Present ☐Retained ☑FPD ☐CJA
U.S. Attorney: Rosetta San Nicolas  U.S. Agent:
U.S. Probation: Maria Cruz  U.S. Marshal: G. Perez
Interpreter:  Language:

**PROCEEDINGS: Initial Appearance re Petition to Revoke Supervised Release**
- Federal Public Defender appointed to represent the defendant.
- Allegations stated by the Court.
- Defendant admits to the allegations.
- Court finds that the defendant did violate conditions of supervised release.
- Disposition hearing set for: November 14, 2007 at 10:30 A.M.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: