# UNITED STATES DISTRICT COURT

District of

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>**DANIEL UNTALAN MESA**<br>*Defendant* | ORDER OF TEMPORARY DETENTION TO PERMIT REVOCATION OF SUPERVISED RELEASE OR APPROPRIATE DISPOSITION<br><br>Case Number: CR-05-00020 |

I find that the defendant

**X** is, and was at the time the alleged offense was committed:

☐ on release pending trial for a felony under federal, state, or local law.

☐ on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law.

**X** on supervised release for an offense under federal, state, or local law; or

☐ is not a citizen of the United States or lawfully admitted for permanent residence as defined at (8 U.S.C. §1101(a)(20)).

and I further find that the defendant may

☐ flee, or **X** pose a danger to another person or the community based on his admission to illegal drug use, in violation of his supervised release.

I accordingly ORDER the detention of the defendant without bail pending disposition.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Oct 23, 2007