IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00020 |
| Plaintiff, | ) | |
| vs. | ) | **REPORT & RECOMMENDATION CONCERNING VIOLATIONS OF SUPERVISED RELEASE CONDITIONS IN A FELONY CASE** |
| DANIEL MESA UNTALAN, | ) | |
| Defendant. | ) | |

On October 10, 2007, the United States Probation Office filed a Petition and supporting declaration alleging that the Defendant violated his conditions of supervised release. See Docket No. 42. According to the Petition and declaration, the Defendant:

1. tested positive for the use of methamphetamine on September 25, 2007;
2. failed to report to the probation office for a compliance meeting following a positive drug test;
3. did not truthfully answer the inquiries of the probation officer by denying any drug use; and
4. failed to obtain gainful employment.

On October 23, 2007, the Defendant appeared with counsel before the Court and knowingly and voluntarily waived his right to an evidentiary hearing and admitted to the above violations as alleged in the Petition and supporting declaration. The parties did not reach a consensus as to the appropriate disposition for the violations. Defense counsel requested a short continuance before final imposition of a sanction to further explore other alternatives to an

imprisonment term.

Therefore, I hereby recommend that the District Judge accept the Defendant's admissions and schedule a hearing at which time the Court can impose the appropriate sanction. This matter shall be scheduled for a disposition hearing before the District Judge on Wednesday, November 14, 2007, at 10:30 a.m., unless otherwise re-scheduled by the District Judge.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Oct 23, 2007

**NOTICE**

**Failure to file written objections to this Report within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**