# UNITED STATES DISTRICT COURT

**FILED**
**DISTRICT COURT OF GUAM**

**OCT 1 8 2007**

DISTRICT OF _____ GUAM _____

**JEANNE G. QUINATA**
**Clerk of Court**

UNITED STATES OF AMERICA
V.

## SUMMONS IN A CRIMINAL CASE

**DANIEL UNTALAN MESA**

Case Number:    **CR-05-00020-001**

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place **3rd FLOOR, U.S. COURTHOUSE 520 WEST SOLEDAD AVENUE HAGATNA, GUAM 96910** | Room **COURTROOM** |
|---|---|
|  | Date and Time |
| Before:    HONORABLE JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge | **Tuesday, October 23, 2007at 1:30 p.m.** |

To answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    **X** Supervised Release Violation Petition    ☐ Pretrial Violation Notice

Charging you with a violation of Title _____ **18** _____ United States Code, Section(s) _____ **3583(d)** _____

Brief description of offense:

**See the Petition for Warrant or Summons for Offender Under Supervision and Order previously filed on October 15, 2007**

US MARSHALS SERVICE-GUAM

OCT 17 2007

RECEIVED

**LEILANI R. TOVES HERNANDEZ, Deputy Clerk**
Name and Title of Issuing Officer

Signature of Issuing Officer

**October 16, 2007**
Date

ORIGINAL

## RETURN OF SERVICE

| | |
|---|---|
| Service was made by me on:[1] | Date *OCT. 18, 2007* *0940 hrs* |

### Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: AGANA HEIGHTS, GUAM

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on ___*10-18-07*___
Date

_____*J. SALAS*_____
Name of United States Marshal

_____*Special DUSM M. P. Cepeda*_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.