# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

**UNITED STATES OF AMERICA**

V.

**NOTICE**

**DANIEL UNTALAN MESA**

CASE NUMBER: **CR-05-00020**

TYPE OF CASE:

☐ CIVIL      X    CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**DISPOSITION HEARING**

X    **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | November 14, 2007 at 11:15 A.M. | November 16, 2007 at 10:15 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

November 13, 2007          Virginia T. Kilgore
DATE                                          /s/ (BY) DEPUTY CLERK

TO:     U.S. Attorney's Office
         Law Offices of Federal Public Defender
         U.S. Probation Office
         U.S. Marshals Service