AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

United States of America

## NOTICE

V.

Daniel Untalan Mesa          CASE NUMBER: CR-05-00020-001

TYPE OF CASE:

☐ CIVIL          X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

### Disposition Hearing

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam** <br> **4th Floor, U.S. Courthouse** <br> **520 West Soledad Avenue** <br> **Hagåtña, GU 96910** | Monday, December 3, 2007 at 1:30 p.m. | Thursday, December 27, 2007 at 10:00 a.m. |

**JEANNE G. QUINATA, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**December 3, 2007**          /s/ Leilani R. Toves Hernandez
DATE          (BY) DEPUTY CLERK

TO:   U.S. Attorney's Office
      Federal Public Defender
      U.S. Probation Office
      U.S. Marshals Service