✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

United States of America

**NOTICE**

V.

Daniel Untalan Mesa          CASE NUMBER: CR-05-00020-001

TYPE OF CASE:

☐ **CIVIL**      X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**Disposition Hearing**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagåtña, GU 96910** | **Thursday, December 27, 2007 at 10:00 a.m.** | **Monday, January 14, 2008 at 1:30 p.m.** |

**JEANNE G. QUINATA,** Clerk of Court
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**December 24, 2007**         /s/ Leilani R. Toves Hernandez
DATE         (BY) DEPUTY CLERK

TO:    U.S. Attorney's Office
        Federal Public Defender
        U.S. Probation Office
        U.S. Marshals Service