# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-05-00020　　　　　　　　　　DATE: January 14, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Sara Weber | Court Reporter: Wanda Miles |
| Courtroom Deputy: Virginia T. Kilgore　　Carmen B. Santos | Electronically Recorded: 1:43:52 - 2:18:50 |
| CSO: B. Benavente | |

**APPEARANCES:**

Defendant: Daniel Untalan Mesa　　　　　　Attorney: Richard Arens
☑Present ☑Custody ☐Bond ☐P.R.　　　　☑Present ☐Retained ☑FPD ☐CJA

U.S. Attorney: Rosetta San Nicolas　　　　U.S. Agent:
U.S. Probation: Maria Cruz　　　　　　　　U.S. Marshal: T. Muna/D. Punzalan
Interpreter:　　　　　　　　　　　　　　　　Language:

**PROCEEDINGS:** Disposition Hearing
- Defense counsel to research Lighthouse drug treatment/rehabilitation program.
- Proceedings continued to: March 5, 2008 at 9:00 a.m.
- Defendant to remain in custody.

NOTES: