# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-05-00020-001 　　　　　　　　　　DATE: March 19, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley 　　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos / Virginia T. Kilgore 　　Electronically Recorded: 10:21:05 - 10:37:14

CSO: B. Pereda

**APPEARANCES:**
Defendant: Daniel Untalan Mesa 　　　　　　　Attorney: Richard Arens
☑Present ☑Custody ☐Bond ☐P.R. 　　　　☑Present ☐Retained ☑FPD ☐CJA
U.S. Attorney: Rosetta San Nicolas 　　　　　　U.S. Agent:
U.S. Probation: Grace Flores 　　　　　　　　U.S. Marshal: D. Punzalan / G. Perez
Interpreter: 　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Disposition Hearing**
- Motion for revocation of supervised release granted.
- Defendant committed to the Bureau of Prisons for a term of 5 months with credit for time served.
- Upon release from imprisonment, defendant is placed on supervised release for a term of 31 months, with conditions (refer to Judgment for conditions of supervised release).
- Defendant released and ordered to immediately report to the Salvation Army Lighthouse Recovery Program.
- Court orders that a progress hearing be held every two months. Progress hearing set for May 15, 2008 at 9:30 a.m.

NOTES: