# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-05-00020-001　　　　　　　　　DATE: May 15, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber　　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos　　Electronically Recorded: 1:43:36 - 1:53:12

**APPEARANCES:**

Defendant: Daniel Untalan Mesa　　　　　Attorney: Richard Arens
☑Present ☐Custody ☐Bond ☐P.R.　　　☑Present ☐Retained ☑FPD ☐CJA
U.S. Attorney: Rosetta San Nicolas　　　　U.S. Agent:
U.S. Probation: Maria Cruz
Interpreter:　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Progress Hearing**
- Defense presented letter from The Salvation Army Recovery Counselor, Leinani M. Q. Naholowa'a, which was read in open court.
- Progress Hearing scheduled for: 8/12/2008 at 1:30 p.m.

NOTES:





# THE SALVATION ARMY
TROPAN SATBASION / Guam Corps

DOING THE
MOST GOOD

Founded in 1865

William Booth
*Founder*

Shaw Clifton
*General*

Philip Swyers
*Territorial Commander*

David E. Hudson
*Divisional Commander*

Thomas Taylor
*Corps Officer /
Micronesian Islands
Coordinator*

Christina Taylor
*Corps Officer*

May 15, 2008

Honorable Frances Tydingco-Gatewood
U.S. District Court of Guam
520 W Soledad Ave
Hagatna, GU 96910

**RE: Progress Report**

Dear Honorable Tydingco-Gatewood:

Daniel Mesa is currently residing as a resident of The Salvation Army Lighthouse Recovery Center (LRC) in East Hagatna. Mr. Mesa started his tenure on March 19, 2008 and is scheduled to complete on September 14, 2008. Mr. Mesa is currently enrolled in a six-month drug free residential program. The program is divided in to four treatment phases. Mr. Mesa completed Orientation and Stabilization Phase successfully, Phase 1, and is currently in Phase 2 of Treatment, which began on May 14 and will end on July 22, 2008. During this Phase Mr. Mesa is tasked to work on developing a Transition Plan and focus is on re-entry back in to the community, and Substance use and Recovery. Client has begun development of a Relapse Prevention Plan and includes the support of family.

In addition, client participates in Work Therapy, Physical Therapy, Groups and classes at 6-hours per week, Counseling, Case Management, and Urinalysis Testing, which is conducted on a random basis and is tested for six-substances THC, Morphine, Methamphetamine, Opiates, Cocaine, Benzodiazepines, and Alcohol. Client was tested on March 19 and 31; April 4, 15, 18, and 30, 2008; he was negative for all substances. Mr. Mesa has been doing well and has no behavioral issues. He was recognized as the client of the month for April for outstanding work done with participating in LRC activities and work done to help improve the facility using his mechanical skills.

If you have any questions regarding this matter please do not hesitate to contact me at 477-7671Respectfully,

Leinani M.Q. Naholowa'a
Recovery Counselor

Cc: Clients file

P.O. Box 23038, GMF, Guam 96921  •  Tel: (671) 477-9872  •  Fax: (671) 477-9870
Email: tsaguadn@ite.net