# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## STATUS HEARING

CASE NO.: CR-05-00020-001                    DATE: August 12, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Sara Weber                        Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos           Electronically Recorded: 12:45:13 - 12:50:36

**APPEARANCES:**

Defendant: Daniel Untalan Mesa               Attorney: Richard Arens

☑Present ☐Custody ☐Bond ☐P.R.               ☑Present ☐Retained ☑FPD ☐CJA

U.S. Attorney: Rosetta San Nicolas                        U.S. Agent:
U.S. Probation: Maria Cruz
Interpreter:                                              Language:

**PROCEEDINGS: Status hearing**

- Defense presented a letter from The Salvation Army Recovery Counselor, Leinani M.Q. Naholowaa.
- Court encouraged defendant to continue the good work.
- Progress hearing set for: 02/10/2009 at 1:30 PM

NOTES:





**DOING THE
MOST GOOD**

Founded in 1865

William Booth
*Founder*

Shaw Clifton
*General*

Philip Swyers
*Territorial Commander*

Edward Hill
*Divisional Commander*

Thomas Taylor
*Corps Officer*
*Micronesian Islands*
*Coordinator*

Christina Taylor
*Corps Officer*

August 12, 2008

Honorable Frances Tydingco-Gatewood
U.S. District Court of Guam
520 W. Soledad Ave.
Hagatna, Guam 96910

RE:     **Progress Report**

Dear Honorable Tydingco-Gatewood:

Daniel Mesa is a resident of the Salvation Army Lighthouse Recovery Center (LRC) in East Hagatna. Mr. Mesa started his tenure on March 19, 2008 and is scheduled to complete on September 14, 2008. Mr. Mesa is currently enrolled in a six-month drug free residential program that is divided in to four treatment phases. Mr. Mesa has completed three of the four phases and has worked diligently to accomplish his goals in each phase. While in treatment Mr. Mesa has become gainfully employed with Inland Builders, participates in work therapy, physical therapy, Drug-Free activities, support groups, and psycho-educational classes at 4-hours per week.

In addition, client participates in random urinalysis testing and is tested for six-substances THC, Morphine, Methamphetamine, Opiods, Cocaine, Benzodiazipine, and Alcohol. Client was tested on April 4, 15, 18, and 30; May 27; June 5; and July 2 and 11. He was negative for all substances. Overall, Mr. Mesa is doing well and I have not experienced any behavioral issues. Mr. Mesa is very helpful at the LRC and is deemed a role model for the other residents.

If you have any questions regarding this matter please do not hesitate to contact me at 477-7671.

Respectfully,

Leilani M.Q, Naholowaa
Recovery Counselor

P.O. Box 23038, GMF, Guam 96921  •  Tel: (671) 477-9872  •  Fax: (671) 477-9870
Email: tsaguadn@ite.net